AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Delta Locum Tenens, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  3:17-CV-01438-M |
| Cimarron County Health Authority d/b/a Cimarron Memorial Hospital | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      07/13/2017            .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:      08/14/2017

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELTA LOCUM TENENS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:17-CV-01438-M |
| | § | |
| CIMARRON COUNTY HEALTH | § | |
| AUTHORITY d/b/a CIMARRON | § | |
| MEMORIAL HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Delta Locum Tenens, LLC, has a default judgment against Defendant Cimarron County Health Authority d/b/a Cimarron Memorial Hospital, for the sum of $93,515,10, plus prejudgment interest at the annual rate of 5.00% from May 31, 2017 to the date of this judgment, together with post judgment interest thereon from the date of this judgment at the rate of 1.23% per year to be compounded annually until paid, plus $2,884.00 in reasonable and necessary attorneys' fees, and $680.25 in recoverable court costs, for all of which Plaintiff may have its execution.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if Plaintiff is successful in any appeal of this lawsuit to the Court of Appeals, Defendant shall pay to Plaintiff the reasonable and necessary attorneys' fees to be incurred by Plaintiff, in the amount of $12,000.00, and if Plaintiff is successful in any appeal of this lawsuit to the United States Supreme Court, Defendant shall pay to Plaintiff the reasonable and

necessary attorneys' fees to be incurred by Plaintiff, in the amount of $15,000.00, for all of which Plaintiff may have its execution.

**SO ORDERED**

July 13, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE