Exhibit 1 to NewLight Healthcare, LLC's Motion to Intervene

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

```
20161101021114250
11/01/2016 09:25:45 AM
Bk: Pg:0  Pgs:1   UC1
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
Carolynn Caudill

20161101021114250
Filing Fee: $10.00

11/01/2016 09:25:45 AM
UC1
```

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Ty Johnson (214-615-2001)

**B. E-MAIL CONTACT AT FILER (optional)**
tjohnson@hallrender.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Ty Johnson
Hall, Render, Killian, Heath & Lyman, P.C.
1701 N. Market Street, Suite 200
Dallas, Texas 75202

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any word of the Debtor's name).

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Cimarron County Health Services Authority | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 100 Ellis Avenue | Boise City | OK | 73933 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any word of the Debtor's name).

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME: (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NewLight Healthcare, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3267 Bee Caves Road, Suite 517 | Austin | TX | 78746 | USA |

4. COLLATERAL: This FINANCING STATEMENT covers the following collateral:

all present and future accounts receivable of Debtor and the proceeds therefrom.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
001718/000001

UCC FINANCING STATEMENT (FORM UCC1) (REV. 11/01/15)