**Brandon Wilson**

Exhibit 1 - Motion for Temporary Restraining Order

| | |
|---|---|
| **From:** | Jacob Kring <Jacob@hedrickkring.com> |
| **Sent:** | Thursday, December 7, 2017 5:45 PM |
| **To:** | Brandon Wilson |
| **Subject:** | RE: Delta/Cimarron |

Brandon:

Thanks for the time on the phone earlier today. I wanted to follow up via e-mail to create an agenda of things to discuss next week.  Feel free to add whatever you'd like and I'll be prepared to discuss.

- Intervention;
- Amount of outstanding debt covered by note;
- Security agreement;
- Tracing of receivables to account;
- Impact of continued collection efforts on note and security agreement;
- Foreclosure of judgment lien and impact on inferior lien (assuming first lien is valid); and
- Relationship between debtor and lender.

Jacob B. Kring
**Hedrick Kring, PLLC**
1700 Pacific Avenue, Suite 4650 | Dallas, Texas 75201
214.880.9625 direct | 214.206.6182 mobile| 214.481.1844 fax
Jacob@HedrickKring.com | www.HedrickKring.com

---

**From:** Jacob Kring
**Sent:** Thursday, December 07, 2017 9:51 AM
**To:** 'brandon@wwefirm.com'
**Subject:** Delta/Cimarron

Brandon:

I called you earlier and left a voicemail.  Give me a buzz when you can please.

Jacob B. Kring
**Hedrick Kring, PLLC**
1700 Pacific Avenue, Suite 4650 | Dallas, Texas 75201
214.880.9625 direct | 214.206.6182 mobile| 214.481.1844 fax
Jacob@HedrickKring.com | www.HedrickKring.com