IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DELTA LOCUM TENENS, LLC, | § § | |
| PLAINTIFF, | § § | |
| v. | § § | CIVIL ACTION NO. 5:17-fj-00004-R |
| CIMARRON COUNTY HEALTH AUTHORITY d/b/a CIMARRON MEMORIAL HOSPITAL, | § § § § § | |
| DEFENDANT. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN RESPONSE TO MOTION OF NON-PARTY NEWLIGHT HEALTHCARE, LLC TO INTERVENE**

Plaintiff Delta Locum Tenens, LLC hereby submits this Appendix in Support of Plaintiff's Brief in Response to Motion of Non-Party NewLight Healthcare, LLC to Intervene filed contemporaneously herewith.

| **Exhibit** | **Description** | **APP. Page** |
|---|---|---|
| A | Delta Locum Tenens Service Agreement | APP 001 |
| B | Default Judgment | APP 002-003 |
| C | Plaintiff's Requests for Production in Aid of Judgment | APP 004-018 |
| D | Plaintiff's Interrogatories in Aid of Judgment | APP 019-049 |
| E | Certified Mail, Return Receipt, and Proof of Delivery | APP 050-051 |
| F | Promissory Note and Line of Credit Agreement | APP 052-057 |
| G | Tim Beard's LINKEDIN<br>https://www.linkedin.com/in/tim-beard-21412a21/ | APP 058-060 |

| | | |
|---|---|---|
| H | June 8, 2010, Press Release from NewLight Healthcare, LLC [http://newlighthealthcare.com/austin-texas-company-takes-management-role-at-cimarron-memorial-hospital/](http://newlighthealthcare.com/austin-texas-company-takes-management-role-at-cimarron-memorial-hospital/) | APP 061-063 |
| I | Guymon Daily Herald Article *[http://www.guymondailyherald.com/content/hospital-vote-newlight-wednesday-night](http://www.guymondailyherald.com/content/hospital-vote-newlight-wednesday-night)*, | APP 064-067 |
| J | Emails from J. Kring to B. Wilson from December 19-20, 2017 | APP 068-069 |

Respectfully submitted,

*/s/ Jacob B. Kring*
**Jacob B. Kring** (admitted *Pro Hac Vice*)
Texas State Bar No. 24062831

**HEDRICK KRING, PLLC**
1700 Pacific Ave., Suite 4650
Dallas, Texas 75201
Telephone:  (214) 880-9600
Telecopier:  (214) 481-1844
E-mail: jacob@hedrickkring.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2017, I served the above and foregoing instrument via ECF filing and/or Certified Mail, Return Receipt Requested to:

Cimarron County Health Authority *d/b/a* Cimarron Memorial Hospital
100 South Ellis Street
Boise City, Oklahoma 73933

Brandon Powell Wilson
Clinton D. Whitworth
Whitworth, Wilson & Evans, PLLC
3847 South Boulevard, Suite 100
Edmond, Oklahoma 73013

*/s/Jacob B. Kring*
Jacob B. Kring