IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DELTA LOCUM TENENS, LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-fj-00004-R |
| | § | |
| CIMARRON COUNTY HEALTH | § | |
| AUTHORITY *d/b/a* CIMARRON | § | |
| MEMORIAL HOSPITAL, | § | |
| | § | |
| DEFENDANT. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN RESPONSE TO MOTION OF NON-PARTY NEWLIGHT HEALTHCARE, LLC TO INTERVENE**

Plaintiff Delta Locum Tenens, LLC hereby submits this Appendix in Support of Plaintiff's Brief in Response to Motion of Non-Party NewLight Healthcare, LLC to Intervene filed contemporaneously herewith.

| Exhibit | Description | APP. Page |
|---|---|---|
| A | Delta Locum Tenens Service Agreement | APP 001 |
| B | Default Judgment | APP 002-003 |
| C | Plaintiff's Requests for Production in Aid of Judgment | APP 004-018 |
| D | Plaintiff's Interrogatories in Aid of Judgment | APP 019-049 |
| E | Certified Mail, Return Receipt, and Proof of Delivery | APP 050-051 |
| F | Promissory Note and Line of Credit Agreement | APP 052-057 |
| G | Tim Beard's LINKEDIN https://www.linkedin.com/in/tim-beard-21412a21/ | APP 058-060 |

| | | |
|---|---|---|
| H | June 8, 2010, Press Release from<br>NewLight Healthcare, LLC<br>http://newlighthealthcare.com/austin-texas-company-takes-management-role-at-cimarron-memorial-hospital/ | APP 061-063 |
| I | Guymon Daily Herald Article<br>*http://www.guymondailyherald.com/content/hospital-vote-newlight-wednesday-night,* | APP 064-067 |
| J | Emails from J. Kring to B. Wilson<br>from December 19-20, 2017 | APP 068-069 |

Respectfully submitted,

*/s/ Jacob B. Kring* _____

**Jacob B. Kring** (admitted *Pro Hac Vice*)
Texas State Bar No. 24062831
**Attorney for Plaintiff**
HEDRICK KRING, PLLC
1700 Pacific Ave., Suite 4650
Dallas, Texas 75201
Telephone:  (214) 880-9600
Telecopier:  (214) 481-1844
E-mail: jacob@hedrickkring.com

### CERTIFICATE OF SERVICE

This filing is being refiled per the Court's Docket Order.  I hereby certify that on the 22nd day of December, 2017, I served the above and foregoing instrument via ECF filing and/or Certified Mail, Return Receipt Requested to the :

Cimarron County Health Authority *d/b/a* Cimarron Memorial Hospital
100 South Ellis Street
Boise City, Oklahoma 73933

Brandon Powell Wilson
Clinton D. Whitworth
Whitworth, Wilson & Evans, PLLC
3847 South Boulevard, Suite 100
Edmond, Oklahoma 73013

*/s/Jacob B. Kring* _____
Jacob B. Kring