(S) Tim Beard | LinkedIn



**Become an Architect!** - Bachelors of Architecture - 88% Job Placement Within 6 Months of Graduation   Ad   ···



**Contact and Personal Info**

Tim's Profile

Show more ⌄

## Tim Beard

CEO at Cimarron Memorial Hospital

NewLight Healthcare • Romac Education Services

Boise City, Oklahoma • 106

**Connect**

## Experience



**CEO Cimarron Memorial Hospital**
NewLight Healthcare
Jan 2014 – Present • 4 yrs
Boise City Oklahoma



**CIO**
Memorial Hospital of Texas County
Jul 2012 – Apr 2013 • 10 mos
Guymon OK.



**Director of IT**
Mt. San Rafael Hospital
Jun 2007 – Jun 2012 • 5 yrs 1 mo

Responsible for:
Support for 25 bed critical care hospital and two clinics, 14 doctors. 160 employees
Support for Health Medical Systems, Practice Partners EHR, Micro MD, Erad Pacs system, Evault
Backup system, ShoreTel VoIP system, Dictran Transcription system, Meridian EHR, Sophos
enterprise suite, CPSI Management system.
Providing contract renewals, contract reviews, recommendations for new technologies,
installation of new systems.
Providing HIPAA Security and Compliance, Physical security for hospital entrances and camera
security and review.
Providing telephone support and programing, ShorTel VoIP system.
Support and upgrades for all PC's and servers 2003 and 2008, 60+ network printers, all network
infrastructure
Support for offsite billing and lab, VPN setup and monitoring.
Email support through Instigate 806 & 604firewall device, user accounts, spam control, website
monitoring,
Intrusion prevention, VPN control
Assisting in troubleshooting and recovery efforts required to get the end-user up and operational.



**Technical Support**
Microsoft
May 2006 – Jun 2007 • 1 yr 2 mos



EXHIBIT G

(S) Tim Beard | LinkedIn



Helpdesk
Support for VPN, RAS, IE 6 and IE 7 for Microsoft Corp. , Employees Helpdesk
Providing Level 2 Technical Support for the OS upgrades deployment using the ManageSoft application.
Providing second line of support should the client experience issues with the migration.
Placing break/fix calls for those systems that fail the ManageSoft upgrade.
Remotely migrating large numbers of end-users from Windows 2000 to Windows XP.
Extracting users' data, re-imaging the PC with the newer operating system, and restoring users' data.
Assisting in troubleshooting and recovery efforts required to get the end-user up and operational.



**IT Manager**
Xanthus Financial LLC
Aug 2003 – Feb 2006 • 2 yrs 7 mos

Responsible for:
Managing all aspects of the IT department, which included ordering equipment for upgrades and installations as company grew from 20 employees to 300 with 2 offices.
Managing and operating 2 Touchstar predictive dialers, with multiple campaigns.
Purchasing new phone system and installing Cisco VoIP system.
Ordering and installaing T1 lines to support dialer upgrades.
Maintaining all PCs and equipment for offices in Florida and Colorado (including printers, Wynterms, Servers, A/V equipment, Cisco routers, Cisco switches, Cisco Firewall).
Handling software issues.
Maintaining the Assets Tracking Log.
Writing and implementing disaster recovery plan to cover multiple sites.
Installing and supporting building security system. This function also included issuing badges and tracking usage.
Working closely with other managers while growing the company to current level.



**IT Supervisor**
Collegiate Funding Services
Oct 2001 – Aug 2003 • 1 yr 11 mos

Responsible for:
Providing IT support for 200+ end users.
Supporting and troubleshooting PCs, phone system, and predictive dialer issues.
Working with various Telco's to resolve T1 issues.
Providing employee training on new software packages and upgrades.
Supporting building security system.
Designing and updating company website.



**IT Manager**
Timeplex Group
Apr 1995 – Jun 2001 • 6 yrs 3 mos

Responsible for:
Managing all network and PC-related equipment, including network printers, A/V room with multiple systems, and world-wide network of offices using Lotus Notes.
Configuring and installing servers and PCs for office of 400 employees.
Supporting LAN and WAN of multiple offices.
Supporting multiple tapes backup system using Arcserv.
Training employees on phone system and other software packages.
Ghost imaging of systems and image upgrades as needed
Installing and supporting Mitel SX 2000 PBX.
Configuring remote access system for 200 remote users.
Managing building and network security issues.
Overseeing department budgets and purchasing.



**Air Quality Control Supervisor**
St Johns River Power Park
Apr 1985 – Feb 1995 • 9 yrs 11 mos

Responsible for:
Operating all equipment associated with maintaining EPA standards for air and water discharge from two 650 MW coal-fired generators.
Supervising up to 30 employees in various work groups (Operations, Maintenance, Lab, Electrical,

(3) Tim Beard | LinkedIn

 **in**   🔍 Search

monitoring all plant discharges and co...
Performing employee training, employee reviews.
Maintaining department budget and equipment purchases.

**See fewer positions** ∧

## Education



**Romac Education Services**
1998



**Colorado Aero Tech**
1972

A&amp;P License in aircraft maintenance. Graduated top of class.



**Chase County High School**
1970

## Featured Skills & Endorsements

Disaster Recovery · 23        Endorsed by Michael Archuleta, who is highly skilled at this

Servers · 20                  Endorsed by Michael Archuleta, who is highly skilled at this

Troubleshooting · 16          Endorsed by Michael Archuleta and 1 other who is highly skilled at this

See 31 more skills ∨

## Recommendations

Received (0)      **Given (1)**

 **Michael Archuleta**
Innovative Digital
Transformation Healthcare
CIO - Leveraging Technology
to Empower Patients &
Reduce Healthcare Costs
October 4, 2012, Tim managed
Michael directly

Mike is a very hard working employee, the best I have worked with over the years. He is a self starter, willing to learn new tasks, dedicated to the job. He has the skills sets needed in the IT industry.



**APP. 060**